UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMBER WILLIAMS, et al.,

        Plaintiff(s),        Case No. 1:18-cv-13250

v.        Judge Mark A. Goldsmith

ENTERPRISE LEASING CO. OF DETROIT, LLC,    Magistrate Judge Mona K. Majzoub

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Enterprise Leasing Company of Detroit, LLC**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 18, 2018        /s/ Carey A. DeWitt

        P36718
        Carey A. DeWitt
        Butzel Long
        41000 Woodward Avenue, Stoneridge West Bldg.
        Bloomfield Hills MI 48304
        248.258.2607
        dewitt@butzel.com